# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Thomas Replogle, Administrator of the
Estate of Rennie R. Moore,

               Plaintiff,         :        Case No. 3:09-cv-102

    - vs -                           :       District Judge Walter Herbert Rice
                                         Magistrate Judge Michael R. Merz

Montgomery County, Ohio, et al.,    :

              Defendants.    :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant Duerr and Nolan's Motion for Judgment on the Pleadings is GRANTED and the Complaint DISMISSED as to them without prejudice for failure to state a claim upon which relief can be granted.

May _19_, 2009.

                                                               Walter Herbert Rice
                                                               United States District Judge