# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THOMAS J. REPLOGLE,
Administrator of the Estate of
Rennie R. Moore, deceased,

       Plaintiff,   :   Case No. 3:09-cv-102

                         District Judge Walter Herbert Rice
    -vs-                  Magistrate Judge Michael R. Merz

MONTGOMERY COUNTY, OHIO,
THROUGH ITS COUNTY
COMMISSIONERS AND SHERIFF'S
DEPARTMENT, et al.,

       Defendants.

---

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 8, 2009, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Board of County Commissioners of Montgomery County be substituted as a Defendant in this case for "Montgomery County, Ohio, through its County Commissioners and Sheriff's Department" and that the Motion to Dismiss (Doc. No. 5) be otherwise denied.

June 9, 2009.

                                     /s/ Walter Herbert Rice
                                     Walter Herbert Rice
                                     United States District Judge